In the Matter of a Plan for the Readjustment, Modification or Reorganization of the Rights of All of the Holders of Investments in a Certain Mortgage Covering Premises Known as 249 West 45th Street and 238 to 250 West 46th Street, in the Borough of Manhattan, County, City and State of New York, Securing Mortgage Investments Issued and Guaranteed by New York Title and Mortgage Company under Title No. 128138, Series N-12. Dorsar Enterprises, Inc., Assignee of the Option and the Prospective Purchaser of the Property Herein, Appellant;

Alfred J. Callahan, Trustee, Superintendent of Insurance of the State of New York and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Martin, P. J., and Townley, J., dissent and vote to modify by eliminating from the purchase price the amount of the certificate held by the Superintendent of Insurance.